# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG T. LUONG,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. SA CV 14-479 MRW<br><br>JUDGMENT |

    It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration for the calculation and award of benefits as required by the Court's Order.

Date: December 30, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE